UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES FLORES,

    Plaintiff

v. : CIVIL NO. 3:CV-12-1149

PENNSYLVANIA DEPARTMENT OF : (Judge Kosik)
CORRECTIONS, et al.,

    Defendants

## ORDER

**NOW, THIS** 22nd **DAY OF MAY, 2013**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants' motion to stay discovery pending resolution of the outstanding motions to dismiss (Doc. 36) is **granted**.

2. Plaintiff's motion to compel compliance with discovery (Doc. 45) is **denied**.

3. Plaintiff's motion for sanctions (Doc. 39) is **denied without prejudice**.

FILED
SCRANTON

MAY 22 2013

PER _____
    DEPUTY CLERK

EDWIN M. KOSIK
United States District Judge