UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN 06 2013
PER _____
DEPUTY CLERK

JAMES FLORES,

    Plaintiff

v.     CIVIL NO. 3:CV-12-1149

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al.,    (Judge Kosik)

    Defendants

## ORDER

AND NOW, THIS 6th DAY OF JUNE, 2013, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to dismiss filed by Defendant Corizon (Doc. 21) is **granted**. All claims set forth in the amended complaint with respect to this Defendant are dismissed in their entirety.

2. The motion to dismiss filed by the Corrections Defendants (Doc. 25) is **granted**. All claims set forth in the amended complaint against Defendants Lamas, Wetzel and Williams are dismissed in their entirety.

3. Within fourteen (14) days from the date of this order, Plaintiff shall provide to the court an accurate address to allow service of the amended complaint on Defendant K. Miller. The failure to do so will result in the dismissal of this party from the action.

EDWIN M. KOSIK
United States District Judge